# 2021-2022 ECASD Equity PD for All Staff
## Facilitator Guide – Session 3:  Safe Spaces

**Supplies needed:**

- Access the Canvas Course: **2021-2022 Equity Professional Development for Buildings** at: <https://ecasd.instructure.com/enroll/XRF6L3>
    - Click on Modules and go to *Session Three: Safe Spaces*

- Half sheet of paper for each participant

- Pen or pencil for each participant

- Print 1 copy per participant of materials linked below (also in Canvas module)
    - [Genderbread Person](#)
    - [Quiz](#)

- Before the session begins:
    - Facilitators, draw on whiteboard/chalkboard (whatever you have available) large versions of each assessment statement. Number them (e.g., Statement #1, Statement #2, etc.). You will use these at the beginning and end of the training (directions found below).

**Slide outline:**

**Slide 1**– Presenters introduce themselves

**Slide 2**– Space Expectations

**Slide 3**– Encourage participants to explore the GSRC website. Tons of excellent resources there.

**Slide 4**– Land acknowledgment statement.

**Slides 5-9**– A Brief Assessment
**Facilitators, follow these steps:**
- For each of the four assessment questions, you will ask participants to come up (as a group, not one-by-one) and draw a dot that reflects their current level of knowledge/awareness. This is a Leikert scale, so their dots will fall somewhere between the (1) and (5) spectrum. All you need do is draw the lines and label the lines (Statement #1, Statement #2, etc.). Do this twice, side-by-side, for the beginning and the end of the session. The rest of the info will be on the slides You will revisit this at the end of the training to see if there's been any movement.

**Slide 10**– What are you looking to learn?

**Slide 11**– PART ONE

# 2021-2022 ECASD Equity PD for All Staff
## Facilitator Guide – Session 3:  Safe Spaces

**Slide 12– Social Justice Framework**

**Slides 13-14– Cathartic Discomfort**
Facilitators, this is a confidential self-assessment. Just ask participants to think about the 6 examples, as they are discussed in the recording.

**Slides 15-16– Critical Self-Reflection**
Facilitators, ask participants to write down on 1/2 sheets provided the messages they have and continue to receive about LGBTQIA+ people. Ask them to crumple them up and throw toward facilitators. Pick them up and share a few examples. Pay attention to patterns (most people will share negative messages, and this is important to highlight and unpack).

**Slides 17-19– Evolution of Language & Identity**

**Slide 20– Intersectionality**

**Slide 21–** Play Video,

**Slide 22–** 5-Min Pair & Share (follow prompt)

**Slide 23– Strategize your Power!**
Facilitators: The question posed in this slide is rhetorical, but feel free to provide an example of a time you used your own power/privilege in the service of advocacy. For example, as a cisgender person, I never worry about restroom availability or access. So, I use the power and privilege as a cis person and as the director of the GSRC here at UWEC to help ensure restroom availability and access to all people on campus (particularly trans and non-binary people). As a result, we now have 108 all gender restrooms across campus.

**Slides 24-39– The LGBTQIA+ Acronym**

**Slides 40-41– Pop Quiz!**
Facilitators, hand out quiz. Be sure to keep time (only 3 minutes!). Quickly go over answers.

**Slide 42– PART TWO**

**Slides 43-55– Queer People & United States Law**

**Slide 56– Talk amongst yourselves!**
Facilitators, guide this discussion. Remember, parents are not entitled to know their kids' identities. That knowledge must be earned. Teachers are often straddling this complex situation.  In ECASD, our priority is supporting the student.

# 2021-2022 ECASD Equity PD for All Staff
## Facilitator Guide – Session 3: Safe Spaces

**Slide 57– Religion**
**Facilitators: Since Slide 56 will most likely focus on parents' religious objections to LGBTQIA+ people, it's important to take a moment and reaffirm that religion is not the problem (after all, there are millions of queer people of various faith traditions); rather, it's the weaponization of religion against queer people.**

**Slide 58–So You Want to Be an Accomplice?**

**Slide 59– What makes an effective ally? (Raise your hand and share!)**

**Slide 60– Play Video (performative allyship)**

**Slide 61– Play Video (accomplice v. ally)**

**Slide 62– Pronouns**

**Slide 63– Play Video (Why do pronouns matter?)**

**Slide 64– mypronouns.org**

**Slide 65– Integrate pronouns into…**

**Slide 66– Queer History**

**Slide 67– Play Video (Billy Porter)**

**Slide 68– Scenario**
**Facilitators: Split up participants into groups of four. Read the scenario out loud. Give them 6 minutes to discuss. Come back and discuss as a large group for 4 minutes.**

**Slide 69– Be Reflective!**

**Slide 70– Don't Sweat Perfection!**

**Slide 71– Intent v. Impact**

**Slide 72– Lingering Questions? (Encourage participants to raise hands and/or talk to you after the session has ended.)**

# 2021-2022 ECASD Equity PD for All Staff
## Facilitator Guide – Session 3:  Safe Spaces

**Slides 73-77–A Brief Assessment**
**Facilitators, follow these steps:**
- **Just like in the beginning of the session, you will ask participants to come up (as a group, not one-by-one) and draw a dot that reflects their current level of knowledge/awareness. This is a Leikert scale, so their dots will fall somewhere between the (1) and (5) spectrum. Encourage them to compare the assessment statement before and after. It gives them a visual idea of the progress they've made throughout the session.**

| Things to consider and/or be prepared to address: |
|---|

- Queerness is often a disenfranchised oppression, in that many people feel entirely justified when their discriminatory thinking is rooted in religion. As public-school employees, participants' religions are none of the facilitators' business. As public-school employees, the job is to advocate for *every* student, not just those whose identities reflect one's own faith traditions. We handle religious objections too often with kid gloves, instead of seizing opportunities to assert queer students' rights to a safe, inclusive education free from harassment, discrimination, and violence.
- When the conversation turns to navigating parents' faith-based rejection of their student's queer identity, it's critical to remember that we must not act as stand-ins for oppressive ideas/behaviors/attitudes, even and especially if that oppression is coming from parents. Never forget that you may be the only supportive person in that student's sphere. Guard and preserve that responsibility.
- White, cis-gender, heterosexual, middle class, Christian men and women without a disability might find the conversations about identity to be uncomfortable.  One way to address this is to explain that it's sometimes hard to talk about identity when your identities are normalized in such a way that you do not experience marginalization. That discomfort can give participants some insights into the discomfort felt by folx who do experience marginalization on a regular basis. You can share with participants that there is no need to feel bad about having privileged identities. The session is designed to help us think critically about the ways we may experience privilege or oppression depending on our identities…not to make us feel bad about our identities. Again, remind them that it's okay to feel discomfort! This isn't about feeling guilty, it's about understanding how our own identity affects how we see and interact with others.
- Privilege is a hard concept to wrap your head around when you have experienced significant hardship. You may want to watch this video before you facilitate the session so you have some language for responding to any resistance that might come from talking about privilege. The presenter in the video uses language that would be a perfect response to pushback on this issue. *We didn't show the video in our presentation, but you may want to show it before folks go into break out groups to head off any resistance*. https://youtu.be/qeYpvV3eRhY