IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PARENTS PROTECTING
OUR CHILDREN, UA,

    Plaintiff,

v.

EAU CLAIRE AREA SCHOOL
DISTRICT, WISCONSIN, et al,

    Defendants.

ORDER REFERRING CASE

Case No.: 22-cv-508

---

The parties in this case having stipulated their consent to jurisdiction by a United States Magistrate Judge,

IT IS ORDERED that this case be referred to Stephen L. Crocker, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

Entered this _18TH_ day of November, 2022.

BY THE COURT:

_____
JAMES D. PETERSON
United States District Judge