IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARENTS PROTECTING OUR
CHILDREN, UA,

    Plaintiff,

v.

EAU CLAIRE AREA SCHOOL DISTRICT, WISCONSIN; TIM NORDIN; LORI BICA; MARQUELL JOHNSON; PHIL LYONS; JOSHUA CLEMENTS; STEPAHNIE FARRAR; ERICA ZERR; and MICHAEL JOHNSON,

    Defendants.

Case No. 22-cv-508-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Eau Claire Area School District, Wisconsin, Tim Nordin, Lori Bica, Marquell Johnson, Phil Lyons, Joshua Clements, Stephanie Farrar, Erica Zerr, and Michael Johnson against plaintiff Parents Protecting Our Children, UA dismissing this case without prejudice for lack of subject matter jurisdiction.

s/ Deputy Clerk
Joel Turner, Clerk of Court

2/22/2023
Date